**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT BASLI,

      Plaintiff,

vs.                                 CASE NO. 6:07-CV-1460-ORL-19GJK

SOUTHEASTERN NEON & LIGHTING
GROUP, INC. and WALTER COX,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 35, filed May 14, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 35) is **ADOPTED and AFFIRMED.** The Parties' Joint Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice (Doc. No. 29, filed January 21, 2009) is **GRANTED,** and the parties' settlement is hereby **APPROVED** to the extent it is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record